UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

Case No.    2:25-cv-11672-PD                                Date: March 11, 2026

Title    *Sumfinidade Unipessoal LDA v. Atlantis Events Inc.*

Present:  The Honorable:  Patricia Donahue, United States Magistrate Judge

|  Isabel Verduzco  |  N/A  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:        Attorneys Present for Defendant:

N/A                                     N/A

**Proceedings (In Chambers):        Order Dismissing Case Without Prejudice [Dkt. No. 16]**

In the Notice of Settlement filed on March 10, 2026, Dkt. No. 16, Plaintiff represents the parties have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before **April 24, 2026**.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until **April 24, 2026**.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this action are vacated.

IT IS SO ORDERED.